# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                  : NO. 528
                            :

ORDER ADOPTING RULE 351 AND    : MAGISTERIAL RULES DOCKET
AMENDING THE COMMENTS TO       :
RULES 301, 302, AND 321 OF THE      :
PENNSYLVANIA RULES OF CIVIL       :
PROCEDURE GOVERNING ACTIONS    :
AND PROCEEDINGS BEFORE         :
MAGISTERIAL DISTRICT JUDGES      :

## ORDER

**PER CURIAM**

**AND NOW**, this 10th day of February, 2023, upon the recommendation of the Minor Court Rules Committee; the proposal having been published for public comment at 52 Pa.B. 3816 (July 9, 2022):

It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Rule of Civil Procedure Governing Actions and Proceedings Before Magisterial District Judges 351 is adopted and the comments to Rules 301, 302, and 321 are amended in the attached form.

This Order shall be processed in accordance with Pa.R.J.A. 103(b), and shall be effective April 11, 2023.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.